**Order entered March 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00262-CV

### IN THE INTEREST OF T.C., A.C., J.D., AND K.J., CHILDREN

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-17-00829-W

## ORDER

Before the Court is the March 11, 2019 request of Dallas County District Clerk Felicia Pitre for an extension of time to file a corrected clerk's record. The corrected clerk's record was filed on March 12, 2019. Accordingly, we **DENY** the request as moot.

/s/    ERIN A. NOWELL
       JUSTICE